# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BRANDON JERRELL HAMBY** | ) |

## <u>I N F O R M A T I O N</u>

**<u>COUNT ONE</u>:**  **[21 U.S.C §§ 841(a)(1), (b)(1)(D) and (b)(1)(C)**

The United States charges:

That on or about the 7th day of May, 2019, in Jefferson County, within the Northern District of Alabama, the defendant,

**BRANDON JERRELL HAMBY,**

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of marijuana, and a mixture and substance containing a detectable amount of 3,4 methylenedioxy-methamphetamine ("MDMA"), each being a controlled substance, in violation of Title 21, United States, Sections 841(a)(1), (b)(1)(D) and (b)(1)(C).

**COUNT TWO:  [18 U.S.C. § 924(c)]**

The United States charges:

That on or about the 7th day of May, 2019, in Jefferson County, within the Northern District of Alabama, the defendant,

**BRANDON JERRELL HAMBY,**

did knowingly use and carry a firearm, that is, a Taurus 9mm pistol, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute a controlled substance, as charged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT THREE: [18 U.S.C. § 922(g)(1)]**

The United States charges:

That on or about the 7th day of May, 2019, in Jefferson County, within the Northern District of Alabama, the defendant,

**BRANDON JERRELL HAMBY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus 9mm pistol, and said firearm was in and affecting commerce.  **HAMBY** was convicted on October 31, 2017, in the District Court of Jefferson County, Alabama, of Unlawful

Possession of a Controlled Substance, in case number DC-2017-7746; and on October 15, 2015, in the District Court of Jefferson County, Alabama, of Unlawful Possession of a Controlled Substance, in case number DC-2015-2460,, each of the said offenses being a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

                                          JAY E. TOWN
                                          United States Attorney

                                          */s/ Electronic Signature*
                                          L. JAMES WEIL, JR.
                                          Assistant United States Attorney